**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE CITY OF NEW YORK; THE CITY OF PHILADELPHIA; and THE CITY AND COUNTY OF SAN FRANCISCO;<br><br>   *Plaintiffs,*<br><br>   v.<br><br>THE UNITED STATES DEPARTMENT OF DEFENSE; *et al.*;<br><br>   *Defendants.* | Civil Action No.: 1:17-cv-01464-CMH-MSN |

## PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

Plaintiffs the City of New York, the City of Philadelphia and the City and County of San Francisco (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for the entry of an Order permitting them to conduct limited discovery in this matter, on an expedited basis, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure and this Court's Local Rules.

Pursuant to Local Civil Rule 7(E), the attorneys for the parties have met and conferred on December 28, 2017, in a good faith effort to narrow the areas of disagreement on this motion, but they have not been successful.

For the reasons stated in the Memorandum of Law, Plaintiffs respectfully request that the Court enter the Proposed Order filed herewith, and grant such further relief as is just and proper.

December 29, 2017							Respectfully submitted,


                                              Kenneth W. Taber (*pro hac vice* forthcoming) (Lead Counsel)
                                              Matthew F. Putorti (*pro hac vice* forthcoming)
                                              Nicholas M. Buell (*pro hac vice* forthcoming)
                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                              1540 Broadway
                                              New York, NY 10036
                                              Phone: 212.858.1000
                                              Fax: 212.858.1500
                                              kenneth.taber@pillsburylaw.com
                                              matthew.putorti@pillsburylaw.com
                                              nicholas.buell@pillsburylaw.com


                                              /s/ Matthew J. MacLean
                                              Matthew J. MacLean (VSB No. 44304)
                                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                              1200 Seventeenth Street NW
                                              Washington, DC 20036
                                              Phone: 202.663.8000
                                              Fax: 202.663.8007
                                              matthew.maclean@pillsburylaw.com

                                              *Attorneys for all Plaintiffs*

                                              Zachary W. Carter (*pro hac vice* forthcoming)
                                              Eric Proshansky (*pro hac vice* forthcoming)
                                              Melanie C.T. Ash (*pro hac vice* forthcoming)
                                              NEW YORK CITY LAW DEPARTMENT
                                              100 Church Street
                                              New York, NY 10007
                                              Phone: 212.356.2032 / 212.356.2276
                                              Fax: 212.356.2038
                                              zcarter@law.nyc.gov
                                              eproshan@law.nyc.gov
                                              mash@law.nyc.gov

                                              *Attorneys for Plaintiff the City of New York*

                                              Sozi Pedro Tulante (*pro hac vice* forthcoming)
                                              Marcel S. Pratt ((*pro hac vice* forthcoming)
                                              Eleanor N. Ewing (*pro hac vice* forthcoming)

Benjamin H. Field (*pro hac vice* forthcoming)
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
(215) 683-5000
sozi.tulante@phila.gov
marcel.pratt@phila.gov
eleanor.ewing@phila.gov
benjamin.field@phila.gov

*Attorneys for Plaintiff the City of Philadelphia*

Dennis J. Herrera (*pro hac vice* forthcoming)
Yvonne R. Mere (*pro hac vice* forthcoming)
Owen J. Clements (*pro hac vice* forthcoming)
SAN FRANCISCO CITY ATTORNEY'S OFFICE
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Phone: 415.554.3874
Fax: 415.437.4644
yvonne.mere@sfcityatty.org
owen.clements@sfcityatty.org

*Attorneys for Plaintiff the City and County of San Francisco*

4813-1192-6614

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2017, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.

I hereby certify that I will cause the foregoing to be sent to the defendants by certified U.S. mail and will email the foregoing to the attorney for all defendants, Daniel Halainen, Esq., on the 29th day of December, 2017.

/s/ Matthew J. MacLean
Matthew J. MacLean (VSB No. 44304)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007

4813-1192-6614