**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| THE CITY OF NEW YORK; THE CITY OF PHILADELPHIA; and THE CITY AND COUNTY OF SAN FRANCISCO;<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF DEFENSE; *et al.*;<br><br>*Defendants.* | Civil Action No.: 1:17-cv-01464-CMH-MSN |

### PLAINTIFFS' RENEWED MOTION FOR EXPEDITED DISCOVERY

Plaintiffs the City of New York, the City of Philadelphia and the City and County of San Francisco (collectively, "Plaintiffs"), by and through their undersigned counsel, respectfully move this Court for the entry of an Order permitting them to conduct limited discovery in this matter, on an expedited basis, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure and this Court's Local Rules.

Pursuant to Local Civil Rule 7(E), the attorneys for the parties met and conferred by telephone on March 9, 2018, in a good faith effort to narrow the areas of disagreement on this motion, but they have not been successful.

For the reasons stated in the Memorandum of Law, Plaintiffs respectfully request that the Court enter the Proposed Order filed herewith, and grant such further relief as is just and proper.

| | |
|---|---|
| March 12, 2018 | Respectfully submitted, |

Kenneth W. Taber (admitted *pro hac vice*) (Lead counsel)
Matthew F. Putorti (admitted *pro hac vice*)
Nicholas M. Buell (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, NY 10036
Phone: 212.858.1000
Fax: 212.858.1500
kenneth.taber@pillsburylaw.com
matthew.putorti@pillsburylaw.com
nicholas.buell@pillsburylaw.com


/s/ Laura B. LoBue
Matthew J. MacLean (VSB No. 44304)
Laura B. LoBue (VSB No. 74699)
Jeetander T. Dulani (admitted *pro hac vice*)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street NW
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007
matthew.maclean@pillsburylaw.com
laura.lobue@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Attorneys for all Plaintiffs*

Eric Proshansky (admitted *pro hac vice*)
Melanie C.T. Ash (admitted *pro hac vice*)
ZACHARY W. CARTER, CORPORATION COUNSEL OF THE CITY OF NEW YORK
NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007
Phone: 212.356.2032 / 212.356.2276
Fax: 212.356.2038
eproshan@law.nyc.gov
mash@law.nyc.gov

*Attorneys for Plaintiff the City of New York*

2

Sozi Pedro Tulante (*pro hac vice* forthcoming)
Marcel S. Pratt (*pro hac vice* forthcoming)
Eleanor N. Ewing (*pro hac vice* forthcoming)
Benjamin H. Field (*pro hac vice* forthcoming)
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
(215) 683-5000
sozi.tulante@phila.gov
marcel.pratt@phila.gov
eleanor.ewing@phila.gov
benjamin.field@phila.gov

*Attorneys for Plaintiff the City of Philadelphia*

Dennis J. Herrera (admitted *pro hac vice*)
Yvonne R. Mere (admitted *pro hac vice*)
Owen J. Clements (admitted *pro hac vice*)
SAN FRANCISCO CITY ATTORNEY'S OFFICE
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Phone: 415.554.3874
Fax: 415.437.4644
yvonne.mere@sfcityatty.org
owen.clements@sfcityatty.org

*Attorneys for Plaintiff the City and County of San Francisco*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of March, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Dennis Carl Barghaan, Jr.
> United States Attorney's Office
> 2100 Jamieson Ave
> Alexandria, VA 22314
> dennis.barghaan@usdoj.gov

      And I hereby certify that I will cause the foregoing to be sent by certified U.S. mail and email to the following non-filing user:

> Daniel Halainen
> Trial Attorney, Federal Programs Branch
> U.S. Department of Justice, Civil Division
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> daniel.halainen@usdoj.gov

> /s/ Laura B. LoBue
> Laura B. LoBue (VSB No. 74699)
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 1200 Seventeenth Street NW
> Washington, DC 20036
> Phone: 202.663.8000
> Fax: 202.663.8007
> laura.lobue@pillsburylaw.com