IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| THE CITY OF NEW YORK, et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil No. 1:17-cv-1464-CMH-MSN |
| THE UNITED STATES DEPARTMENT OF DEFENSE, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

## **ORDER**

This matter is before the Court on Plaintiffs' Renewed Motion for Expedited Discovery (Dkt. No. 47).  Having reviewed the pleadings and heard the arguments of counsel, and for the reasons stated in open court, it is hereby

ORDERED that the Motion is DENIED.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

March 23, 2018
Alexandria, Virginia