**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

THE CITY OF NEW YORK; THE CITY OF PHILADELPHIA; and THE CITY AND COUNTY OF SAN FRANCISCO;

    *Plaintiffs,*

  v.

THE UNITED STATES DEPARTMENT OF DEFENSE; *et al.*;

    *Defendants.*

Civil Action No.: 1:17-cv-01464-CMH-MSN

**NOTICE OF SUBMISSION OF DECLARATIONS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

    PLEASE TAKE NOTICE that Plaintiffs the City of New York, the City of Philadelphia and the City and County of San Francisco, by and through their undersigned counsel, hereby submit the Declaration of Jonathan David, Declaration of Francis Healy, and Declaration of Officer Juan Gala, attached hereto as Exhibits 1-3, in support of Plaintiffs' Motion for a Preliminary Injunction [ECF No. 10].

| | |
|---|---|
| April 3, 2018 | Respectfully submitted, |
| | Kenneth W. Taber (admitted *pro hac vice*) (Lead Counsel)<br>Matthew F. Putorti (admitted *pro hac vice*)<br>Nicholas M. Buell (admitted *pro hac vice*)<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036<br>Phone: 212.858.1000<br>Fax: 212.858.1500<br>kenneth.taber@pillsburylaw.com<br>matthew.putorti@pillsburylaw.com<br>nicholas.buell@pillsburylaw.com |

/s/ Laura B. LoBue
Matthew J. MacLean (VSB No. 44304)
Laura B. LoBue (VSB No. 74699)
Jeetander Dulani (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW
Washington, DC 20036
Phone: 202.663.8000
Fax: 202.663.8007
matthew.maclean@pillsburylaw.com
laura.lobue@pillsburylaw.com
jeetander.dulani@pillsburylaw.com

*Attorneys for all Plaintiffs*


Eric Proshansky (admitted *pro hac vice*)
Melanie C.T. Ash (admitted *pro hac vice*)
ZACHARY W. CARTER, CORPORATION
COUNSEL OF THE CITY OF NEW YORK
NEW YORK CITY LAW DEPARTMENT
100 Church Street
New York, NY 10007
Phone: 212.356.2032 / 212.356.2276
Fax: 212.356.2038
eproshan@law.nyc.gov
mash@law.nyc.gov

*Attorneys for Plaintiff the City of New York*


Marcel S. Pratt ((*pro hac vice* forthcoming)
Eleanor N. Ewing (*pro hac vice* forthcoming)
Benjamin H. Field (*pro hac vice* forthcoming)
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 17th Floor
Philadelphia, PA 19102
(215) 683-5000
marcel.pratt@phila.gov
eleanor.ewing@phila.gov
benjamin.field@phila.gov

*Attorneys for Plaintiff the City of Philadelphia*

Dennis J. Herrera (admitted *pro hac vice*)
Yvonne R. Mere (admitted *pro hac vice*)
Owen J. Clements (admitted *pro hac vice*)
SAN FRANCISCO CITY ATTORNEY'S OFFICE
Fox Plaza, 1390 Market Street, 7th Floor
San Francisco, CA 94102-5408
Phone: 415.554.3874
Fax: 415.437.4644
yvonne.mere@sfcityatty.org
owen.clements@sfcityatty.org

*Attorneys for Plaintiff the City and County of San Francisco*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2018, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

> Dennis Carl Barghaan, Jr.
> United States Attorney's Office
> 2100 Jamieson Ave
> Alexandria, VA 22314
> dennis.barghaan@usdoj.gov

And I hereby certify that I will cause the foregoing to be sent by email to the following non-filing user:

> Daniel Halainen
> Trial Attorney, Federal Programs Branch
> U.S. Department of Justice, Civil Division
> 20 Massachusetts Avenue, NW
> Washington, DC 20530
> daniel.halainen@usdoj.gov

> /s/ Laura B. LoBue
> Laura B. LoBue (VSB No. 74699)
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 1200 Seventeenth Street NW
> Washington, DC 20036
> Phone: 202.663.8000
> Fax: 202.663.8007
> laura.lobue@pillsburylaw.com

4829-9925-4368